(80 South. 134)

STATE ex rel. RAMBOW v. HENRY, County Treasurer. (6 Div. 824.)

(Supreme Court of Alabama. Nov. 21, 1918.)

Certiorari to Court of Appeals.

Mandamus by the State of Alabama, on the relation of C. T. Rambow, against M. V. Henry, as Treasurer of Jefferson County. From judgment for respondent, petitioner appealed to the Court of Appeals, which affirmed (16 Ala. App. 559, 80 South. 133), and the state petitions for certiorari. Writ denied.

Allen, Bell & Sadler, of Birmingham, for appellant.

W. K. Terry, of Birmingham, for appellee.

SAYRE, J. Petition of State ex rel. C. T. Rambow for certiorari to Court of Appeals to review and revise the judgment and decision of said court rendered in the case of State ex rel. C. T. Rambow v. M. V. Henry, as Treasurer of Jefferson County. Writ denied.